FANNIE MENDELSON SHUB, Respondent, v. FRANCES GERBER and MORRIS GERBER, Appellants, and Others, Defendants.— In an action to foreclose a mortgage, order striking out an affirmative defense pleading usury affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

JOSEPH SITO, Appellant, v. THE PENNSYLVANIA RAILROAD COMPANY, Respondent.— Action to recover damages for personal injuries suffered by plaintiff, who was wounded by a bullet from a pistol discharged by a railroad police officer employed by the defendant corporation. The complaint alleges actions in negligence, assault, malicious prosecution and false arrest. The jury rendered a verdict in favor of plaintiff, and under motions, decision on which had been reserved, the trial court set the verdict aside and dismissed the complaint. Order setting aside verdict and dismissing the complaint, and judgment entered thereon, affirmed, with costs. No opinion. Lazansky, P. J., Hagarty, Adel and Taylor, JJ., concur; Close, J., concurs except as to dismissal of the complaint, as to which he dissents and votes to grant a new trial.

JENS TELEFFSEN, Appellant, v. PHILIP ROSENKRANZ and MARY ROSENKRANZ, His Wife, Respondents, and JOHN M. RUMMEL and Others, Defendants.— In an action brought for the foreclosure of a mechanic's lien filed by plaintiff for labor and materials used in the improvement of real property of respondents Rosenkranz, judgment of the County Court of Rockland County in favor of respondents, dismissing the complaint upon the merits and awarding other appropriate relief, unanimously affirmed, with costs. No opinion. Appeal from decision dismissed. No appeal lies from a decision. Present —Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

THURLOW W. WATERS, Respondent, v. BROOKLYN BUS CORPORATION, Appellant. — Action to recover damages for personal injuries sustained by plaintiff when he was struck by a bus operated by the defendant corporation. Judgment entered on the verdict of a jury in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.